1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9  Rocio Gonzalez,                                    No. CV-16-00006-PHX-MHB

10          Plaintiff,

11     vs.                                            **ORDER**

12  Starwood Hotels & Resorts Worldwide, Inc.,
    a Maryland corporation

13          Defendant.

14

15
16     This Court having reviewed the parties' Stipulation for Dismissal with Prejudice
17  (Doc. 17) and good cause appearing;

18     IT IS ORDERED granting the parties' Stipulation (Doc. 17),

19     IT IS FURHTER ORDERED dismissing this matter with prejudice, that each

20  party will bear their own costs and attorney's fees.

21     Dated this 12th day of August, 2016.

22
23
24                                        Michelle H. Burns
25                                        United States Magistrate Judge
26
27
28